DECORATIVE FABRIC CORPORATION v. SIDNEY BLUMENTHAL & Co., INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of FREDERICK R. RYAN, as Ancillary Executor, etc., of PATRICK J. McMORAN, Deceased. ANNE E. HERRON; FREDERICK R. RYAN; WILLIAM WEBER and

Others. — Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.